UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CONNIE P. MIELE, MICHAEL DOUGLAS,
YVONNE SINGLETON, PHILLIP ELLIS,
JANETTE BOWEN, LEVEDA CURRY, ELLIE
STEWART, GEANE HEWITT GITTENS,
CHARLES SIDDEN, TRES PEEL, DEBORAH
ALEX-SAUNDERS, DEIDRE E. PARIS,
DELILAH BURROWES, and IDRISSA GAYE,

                Plaintiffs,

-against-

FEDERAL RESERVE BOARD; MARIANNE
LAKE, ROBERT BENTLEY, JAMES MACKEY,
JOHN GERSPACH, BRUCE R. THOMPSON,
CEO BRUCE ROSE, ALEEM GILLANI, DARYL
BIBLE, JOHN SHREWSBERRY, JOHN V.
BRITTI, CHRISTOPHER HALMY, JANET
MCCLUSKY, PAUL INCE, LEWIS HOWARD
WIRSHBA, TAJ J. BINDRA, ANDY CECERE,
STEPHEN KRAUSE, DARREN TANGEN, and
MARCUS SCHENCK, each in their individual and
official capacity as Chief Financial Officer; KELLY
KING, individual and official capacity as Executive
Officer; JOHN DOE, WRI CAPITAL, individual
and official capacity as Executive Officer; and John
Does 1-100,

                Defendants.
----------------------------------------------------------X

JUDGMENT
14-CV- 7425 (PKC)



A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on February 5, 2015, dismissing the complaint for lack of subject matter jurisdiction and failure to comply with the dictates of Rule 8 of the Federal Rules of Civil Procedure; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status is denied for purpose of an appeal; it is

JUDGMENT 14-CV- 7425 (PKC)

ORDERED and ADJUDGED that the complaint is dismissed for lack of subject matter jurisdiction and failure to comply with the dictates of Rule 8 of the Federal Rules of Civil Procedure; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York　　　　　　　　　　　　　　Douglas C. Palmer
　　　　February 05, 2015　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　by:　　*/s/ Janet Hamilton*
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

2